

May 27, 2025

Honorable Dale E. Ho
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Via ECF

    Re:    K.A. et al v. The Board of Education of the City of New York
               Case No. 25-cv-4074

Dear Judge Ho:

    I am respectfully requesting that Plaintiffs' request for a Temporary Restraining Order (ECF Docket No. 9) be withdrawn without prejudice to be refiled. I have inadvertently overlooked Your Honor's Individual Rules. No. 4(i) regarding Temporary Restraining Orders and Preliminary Injunctions, for which I apologize. I am scheduled to confer with counsel for Defendant, Alfred Miller, Esq., regarding this matter later this morning.

    I apologize for any inconvenience this oversight has caused.

                                         Sincerely,

                                         JESSE COLE CUTLER

Cc:    Alfred Miller, Esq. (via email - alfmille@law.nyc.gov )

THE LAW OFFICES OF REGINA SKYER
AND ASSOCIATES, L.L.P.

REGINA SKYER, ESQ.
JESSE C. CUTLER, ESQ.
GREGORY CANGIANO, ESQ.
DIANA GERSTEN, ESQ.

ALEXANDRA ABEND, ESQ.
THOMAS BEAM, ESQ.
CAITRIONA CAREY, ESQ.
SONIA M. CASTRO, ESQ.
JAIME CHLUPSA, ESQ.
STEPHANIE DE ANGELIS, ESQ.
JACQUELINE DEVORE, ESQ.
LINDA GOLDMAN, ESQ.
TERI HOROWITZ, ESQ.
KERRY M. MCGRATH, ESQ.
HEATHER MENDEZ, ESQ.
WILLIAM M. MEYER, ESQ.
DANIEL MORGENROTH, ESQ.
TIMOTHY S. NELSON, ESQ.
MARY PARK, ESQ.
RICKI PARKS, ESQ.
LAUREN RABINOWITZ, ESQ.

142 JORALEMON STREET
SUITE 1120
BROOKLYN, NY 11201

TEL 212-532-9736
FAX 212-532-9846

SKYERLAW.COM