

May 30, 2025

Honorable Dale E. Ho
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Via ECF

**SO ORDERED.  The Clerk of Court is respectfully directed to terminate ECF No. 9.**

Dated: May 30, 2025
New York, New York

Dale E. Ho
United States District Judge

Re:   K.A. et al v. The Board of Education of the City of New York
      Case No. 25-cv-4074

Dear Judge Ho:

I am respectfully requesting that Plaintiffs' request for a Temporary Restraining Order (ECF Docket No. 9) be withdrawn without prejudice to be refiled. I have inadvertently overlooked Your Honor's Individual Rules. No. 4(i) regarding Temporary Restraining Orders and Preliminary Injunctions, for which I apologize. I have conferred with counsel for Defendant, Alfred Miller, Esq., regarding this matter earlier this week.

I apologize for any inconvenience this oversight has caused.

Sincerely,

JESSE COLE CUTLER

Cc:   Alfred Miller, Esq. (via email - alfmille@law.nyc.gov )

THE LAW OFFICES OF REGINA SKYER AND ASSOCIATES, L.L.P.

REGINA SKYER, ESQ
JESSE C CUTLER, ESQ
GREGORY CANGIANO, ESQ
DIANA GERSTEN, ESQ

ALEXANDRA ABEND, ESQ
THOMAS BEAM, ESQ
CAITRIONA CAREY, ESQ
SONIA M CASTRO, ESQ
JAIME CHLUPSA, ESQ
STEPHANIE DE ANGELIS, ESQ
JACQUELINE DEVORE, ESQ
LINDA GOLDMAN, ESQ
TERI HOROWITZ, ESQ
KERRY M MCGRATH, ESQ
HEATHER MENDEZ, ESQ
WILLIAM M MEYER, ESQ
DANIEL MORGENROTH, ESQ
TIMOTHY S NELSON, ESQ
MARY PARK, ESQ
RICKI PARKS, ESQ
LAUREN RABINOWITZ, ESQ

142 JORALEMON STREET
SUITE 1120
BROOKLYN, NY 11201

TEL 212-532-9736
FAX 212-532-9846

SKYERLAW COM