IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| K.A. and M.A., individually and on behalf of A.A., a minor with a Disability,<br>　　　　　　　Plaintiff(s)<br>　　v.<br><br>The Board of Education of the City School District of the City of New York,<br>　　　　　　　Defendant(s) | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Case No.:　　25-cv-4074(DEH)(GS) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

　　Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) __K.A., M.A., and A.A.__ and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) __The Board of Education of__ the City School District of the City of New York.

Date: June 11, 2025

_____
*Signature of plaintiffs or plaintiff's counsel*

142 Joralemon Street, Suite 1120
*Address*

Brooklyn, NY 11201
*City, State & Zip Code*

(212) 532-9736
*Telephone Number*