IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

K.A. and M.A., individually and on behalf of A.A., a minor with a Disability,
)
Plaintiff(s)  )
v.  )
)
The Board of Education of the City School District of the City of New York,  )
Defendant(s)  )
)
)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Case No.:   25-cv-4074(DEH)(GS)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) K.A., M.A., and A.A. and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) The Board of Education of the City School District of the City of New York

Date: June 11, 2025

_____
Signature of plaintiffs or plaintiff's counsel

142 Joralemon Street, Suite 1120
Address

Brooklyn, NY 11201
City, State & Zip Code

(212) 532-9736
Telephone Number

SO ORDERED.  The Clerk of Court is respectfully directed to terminate this case.

Dated: June 12, 2025
New York, New York

Dale E. Ho
United States District Judge